**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2179**

EUGENIA B. WHITE,

                    Plaintiff - Appellant,

          v.

FAIRFAX COUNTY GOVERNMENT,

                    Defendant - Appellee,

          and

FAIRFAX COUNTY DEPARTMENT OF FAMILY SERVICES,

                    Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:07-cv-00696-LO-TCB)

Submitted: August 20, 2009          Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eugenia B. White, Appellant Pro Se.  James Edward Wilcox, Jr., Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugenia B. White appeals the district court's order granting the Fairfax County Government's motion for summary judgment in her Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Fairfax County Gov't, No. 1:07-cv-00696-LO-TCB (E.D. Va. filed Oct. 1, 2008 & entered Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED